**SO ORDERED.**

**SIGNED this 2nd day of March, 2014.**

Janice Miller Karlin
United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: Gary Patrick Frantz
Barbara Marie Frantz

Case No. 13-40092-13-JMK

ORDER GRANTING MOTION TO AMEND THE CHAPTER 13 PLAN

This matter comes on for consideration upon the Motion of the Debtors to Amend the Chapter 13 Plan to pay attorney fees. Notice with Opportunity for Hearing on the Motion was properly given, no timely objections were filed, and no hearing was held on the matter.

IT IS THEREFORE BY THE COURT ORDERED:

1. The confirmed Chapter 13 Plan states Debtors' attorney fees of $3,145, were paid upfront, prior to the filing of the case.

2. The Plan is incorrect, and shall be amended, to pay the attorney fees of $3,145 through the Plan.

3. The amount and duration of the Plan payments shall be modified to ensure the Plan is satisfied within the statutorily required period.

4. .

5. The Trustee is directed to modify the Plan accordingly.

###

SUBMITTED BY:

s/ J. Shannon Garrett
J. Shannon Garrett, #18875
The Law Offices of Garrett & Coons
840 Connecticut, Ste. D
Lawrence, KS 66044
785-856-8720
866-212-9554 Fax
sgarrett@garrettandcoons.com
Counsel for Debtors

APPROVED BY:

s/ Jan Hamilton
Jan Hamilton, Trustee
PO Box 3527
Topeka, KS 66601
Chapter 13 Standing Trustee